Samantha H. Evans (SE0898)
Bowles Crow Newman & Lutzer LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F:866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## OF NEW JERSEY

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> JOHN DOES 1-9, <br><br> Defendants. | Civil Action No.: 2:11-cv-01513 (FSH)(PS) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF DOE 9 ONLY

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>with prejudice</u> Doe Defendant 9 who was assigned the IP Address 98.109.78.65. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

9/21/11

Respectfully submitted,

s/ Samantha H. Evans
Samantha H. Evans (SE0898)
Bowles Crow Newman & Lutzer LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F:866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*

SO ORDERED;

*/s/ Faith S. Hochberg*
Hon. Faith S. Hochberg, USDJ