CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | : | Civil Action No. 11-1513 (FSH) |
| Plaintiff, | : | |
| v. | : | **O R D E R** |
| JOHN DOES 1-9. | : | |
| Defendants. | : | |

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and the Court having noticed Plaintiff for dismissal pursuant to Local Civil Rule 41.1, and good cause having not been shown by affidavit as to why this action should not be dismissed,

It is on this 25th day of April, 2012,

**ORDERED** that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to any party; it is further

**ORDERED** that the Clerk of Court close this case accordingly.

    s/ Faith S. Hochberg
United States District Judge